EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Carlos A. Ortiz Abrams | 2022 TSPR 54<br><br>209 DPR _____ |

Número del Caso:  TS-11,714


Fecha:  29 de abril de 2022


Comisión de Reputación:

    Lcdo. Guillermo Arbona Lago
    Lcda. Belén Guerrero Calderón
    Lcdo. Miguel Candelario Piñeiro
    Lcda. Mayté Rivera Rodríguez
    Lcdo. Rubén Falú Allende
    Sr. Bruno Cortés Trigo
    Dr. Robert Stolberg


Procuradora Especial de la Comisión de Reputación:

    Lcda. Ileana M. Oliver Falero


Abogada de la parte peticionaria:

    Lcdo. Francisco M. Troncoso


Oficina del Procurador General:

    Lcda. Yaizamarie Lugo Fontánez
    Procuradora General Auxiliar

    Lcda. Melanie Mercado Méndez
    Procuradora General Auxiliar


Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

   Carlos A. Ortiz Abrams      TS-11,714

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de abril de 2022.

Examinada la *Solicitud de reinstalación a la profesión de abogado* presentada por el Sr. Carlos A. Ortiz Abrams, el Informe de la Oficina del Procurador General de Puerto Rico sobre petición de reinstalación y el Informe de la Comisión de Reputación, se reinstala al señor Ortiz Abrams al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y los Jueces Asociados señores Estrella Martínez y Colón Pérez proveerían no ha lugar a la solicitud de reinstalación. La Jueza Asociada señora Pabón Charneco está inhibida.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo